■ In the Matter of JOIE DAWN R., a Person Alleged to be a Juvenile Delinquent, Appellant. [631 NYS2d 678] —Order of dis-

position, Family Court, New York County (Ruth Zuckerman, J.), entered January 13, 1994, which adjudicated respondent a juvenile delinquent following a fact-finding determination that she had committed acts which, if committed by an adult, would constitute the crimes of assault in the second degree and criminal possession of a weapon in the fourth degree, and placed her with the Division for Youth for a period of up to 18 months in a limited secure facility, unanimously affirmed, without costs.

The testimony of the complainant and a witness that respondent struck the complainant several times in the face with a chain dog leash wrapped around her fist, resulting in bruising and pain for which the complainant sought medical treatment, and the inch and a half scar below the complainant's eye of which the court took notice, established beyond a reasonable doubt that the complainant suffered a physical injury within the meaning of Penal Law § 10.00 (9) (*see, People v McBroom*, 160 AD2d 620, *lv denied* 76 NY2d 861) by means of a dangerous instrument. We agree with the Family Court that in view of respondent's present need for close supervision and psychiatric treatment, placement in a limited secure facility for up to 18 months with no minimum period is the least restrictive available alternative disposition (*see, Matter of Katherine W.*, 62 NY2d 947). We have considered respondent's other arguments and find them to be without merit. Concur—Rosenberger, J. P., Rubin, Asch, Williams and Mazzarelli, JJ.